NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3282

TAL HAREL,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Richard Segerblom, Richard Segerblom, Ltd., of Las Vegas, Nevada, argued for petitioner.

Jane C. Dempsey, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3282

TAL HAREL,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

# Judgment

ON APPEAL from the     MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).     SF0752070810-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (SCHALL, BRYSON, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED February 10, 2009     /s/ Jan Horbaly
     Jan Horbaly, Clerk